THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

File Number: <u>19-783-cv-wmc</u>

| WAYNE D. MURPHY,<br><br>  Plaintiff,<br><br>vs.<br><br><br>SHAUN O'CONNELL, AMY BELL, BILL LAZAR, and CHRISTOPHER NOLET, in their individual and official capacities, agents for the Department of Corrections,<br><br>  Defendants. | **NOTICE OF APPEAL** |
|---|---|

Notice is hereby given that <u>Wayne D. Murphy</u>, plaintiff in the above named case, hearby appeal to the United States Court of Appeals for the 7th Circuit from the judgment entered in this action on the <u>13th day of January, 2022</u>.

_____, Pro Se
936-A N. 37th St
Milwaukee, WI 53208

(As amended Apr. 22, 1993, eff. Dec. 1, 1993; Mar. 27, 2003, eff. Dec.1, 2003.)